UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7409 JC | Date | May 5, 2009 |
|---|---|---|---|
| Title | Yoon J. Choi v. Michael J. Astrue | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none present | none present |

**Proceedings:**     (IN CHAMBERS)  **ORDER TO SHOW CAUSE**

On November 25, 2008, this court issued a Case Management Order which directed Plaintiff to file a motion for summary judgment within thirty (30) days of service of Defendant's Answer, *i.e.*, by no later than February 23, 2009.  By orders dated March 25, 2009 and April 15, 2009, the Court extended Plaintiff's deadline to May 1, 2009.

On April 24, 2009, this Court granted plaintiff's counsel's motion to withdraw, noted that Plaintiff was now proceeding *pro se*, and directed Plaintiff, by no later than May 1, 2009, to file with the Court a notice indicating whether she wished to proceed with the instant action (and if so, whether she desired an extension of the May 1, 2009 deadline) or whether she wished the Court to dismiss the instant action.  The Court further cautioned Plaintiff that failure to comply with such order might result in the dismissal of this action based upon Plaintiff's failure to comply with the Court's order and/or the failure to prosecute this action.  To date, Plaintiff has failed to file the notice called for by the April 24, 2009 Order and has failed to file a motion for summary judgment.

The Court, on its own motion, hereby orders Plaintiff to show cause in writing no later than **May 15, 2009**, why this action should not be dismissed for lack of prosecution and/or based upon Plaintiff's failure to comply with the Court's orders directing the filing of a summary judgment motion and a notice re Plaintiff's intentions relative to this action.

**Plaintiff is cautioned that failure to comply with this Order will result in the dismissal of this action based upon Plaintiff's failure to comply with this Court's orders and/or Plaintiff's failure to prosecute this action.**

IT IS SO ORDERED.

Initials of Deputy Clerk: kc