1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| YOON J. CHOI, | ) Case No. CV 08-7409 JC |
|---|---|
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: May 20, 2009

/s/

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

1